3:00 cv 1425 (AVC)

## **ORDER**

FILED

The foregoing motion having been heard it is hereby ordered that this action is dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure based on findings that (1) the purported amendments to the subject plan, the Airex Rubber Products Corporation Defined Benefit Plan ("Plan"), attached as Exhibit F and Exhibit H to said motion are determined to be void *ab initio*; that (2) Plan participants are entitled to and will receive their full and proper benefits, irrespective of any purported benefit reductions intended by the 1989 and 1995 Plan amendments (Exhibits F & H.), that (3) Highly Compensated Participants under the subject plan shall not have accrued any benefit under the subject plan during the period from January 1, 1989 through January 1, 1995, that (4) all other amendments and restatements to the subject Plan, attached as Exhibits A through E, Exhibit G, Exhibit I, Exhibit J and Exhibit K to said motion are determined to be validly adopted, existing and binding; and that (5) pursuant to 29 U.S.C. §1056(d)(4), ERISA §206(d)(4) that any and all rights that the owners, directors and officers of the Airex Rubber Products Corporation and the Trustee of the Plan now have or hereafter acquire in any accrued benefit under the Plan are hereby ordered offset, as determined on a pro rata basis, to the extent necessary to enable the Plan to satisfy all other Plan benefits and obligations in accordance with §4041 of ERISA.

BY THE COURT

_____
United States District Judge

15