UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Airex Products Corporation, Terrance Hetrick as Trustee of the Airex Products Corporation Defined Benefit Pension Plan, and Airex Products Corporation Defined Benefit Pension Plan** | **CASE NO.: 300 CV 1425 (AVC)** |
| **V.** | |
| **Retirement Planning Associates, Inc., R. J. Michalski, Inc., R. J. Michalski, Individually** | **JUNE 29, 2004** |

## VOLUNTARY DISMISSAL

The defendant/cross-claimant, pursuant to Federal Rules of Civil Procedure 41(c) hereby voluntarily dismisses its cross claim without cost to either party and without prejudice.

                                        DEFENDANT AND CROSS COMPLAINANT
                                      RETIREMENT PLANNING ASSOCIATES, INC.

                            By:_____
                                  *Frank J. Liberty of*
                                  *Suisman, Shapiro, Wool, Brennan,*
                                  *Gray & Greenberg, P.C.*
                                  *2 Union Plaza, Suite 200*
                                  *P.O. Box 1591*
                                  *New London, CT 06320*
                                  *District Court Juris # CT 14089*

*Phone: (860) 442-4416*
*Fax: (860) 442-0495*

**CERTIFICATION**

   I hereby certify that a copy of the foregoing was served via U.S. Mail, thi 29th day of June, 2004 as follows:

Joseph V. Meaney, Jr., Esquire
Cranmore, FitzGerald & Meaney
49 Wethersfield Avenue
Hartford, CT 06114-1102

Mark T. Livesay, Esq.
Halloran & Sage
225 Asylum Street
Hartford CT 06103

                  _____

                  *Frank J. Liberty*