FILED

2004 JUL -1 A 11: 45

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Airex Products Corporation, Terrance Hetrick as Trustee of the Airex Products Corporation Defined Benefit Pension Plan, and Airex Products Corporation Defined Benefit Pension Plan | CASE NO.: 300 CV 1425 (AVC) |
| V. | |
| Retirement Planning Associates, Inc., R. J. Michalski, Inc., R. J. Michalski, Individually | JUNE 29, 2004 |

## VOLUNTARY DISMISSAL

The defendant/cross-claimant, pursuant to Federal Rules of Civil Procedure 41(c) hereby voluntarily dismisses its cross claim without cost to either party and without prejudice.

DEFENDANT AND CROSS COMPLAINANT
RETIREMENT PLANNING ASSOCIATES, INC.

By: _____
Frank J. Liberty of
Suisman, Shapiro, Wool, Brennan,
Gray & Greenberg, P.C.
2 Union Plaza, Suite 200
P.O. Box 1591
New London, CT 06320
District Court Juris # CT 14089

July 2, 2004. SO ORDERED.

Alfred V. Covello, U.S.D.J.